CC: POLA / USMED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. EDCR 18-00066-JGB |
|---|---|
| Plaintiff, | **AMENDED JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION OF SUPERVISED RELEASE |
| v. | |
| LISA MARIE CANO, | |
| Defendant. | |

    This matter arises from a Judgment and Probation/Commitment order issued by this Court on July 15, 2019.

    On September 18, 2020, the matter came on for hearing on the Petition for Revocation of Supervised Release, filed on November 12, 2019, ("Petition"), in the Central District of California. Deputy Federal Public Defenders Jelani Lindsey and Callie Steele appeared on behalf of the Defendant. Assistant United States Attorney Edward Han appeared for the Government. United States Probation and Pretrial Services Officer Ashley Ross was also present. The Defendant was informed of the Allegations as set forth in the Petition. The Defendant acknowledged receiving a copy of the Petition, and thereafter admitted that the violations as alleged in Allegations One, Three and Four were truthful, and that she committed the violations as alleged.

    The Court accepted the admissions as to the Allegations as knowingly, voluntarily, and intelligently made, and found the Defendant in violation of the terms

and conditions of her Supervised Release, as set forth in the Judgment and Probation/Commitment Order imposed by this Court on July 15, 2019.

IT IS THE JUDGMENT OF THE COURT, that Defendant LISA MARIE CANO is hereby committed to the custody of the Bureau of Prisons for a term of TWELVE (12) MONTHS, to be followed by Supervised Release for a term of TWENTY-FOUR (24) MONTHS upon the same terms and conditions previously imposed, with the following additional special condition:

1. The offender shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath and/or sweat patch testing, as directed by the United States Probation and Pretrial Services Officer. The offender shall abstain from using alcohol and illicit drugs, and from abusing prescription medications during the period of supervision.

The Defendant is informed of her right to appeal.

Upon the Government's motion, Allegation Two is dismissed in the interest of justice.

**The Court recommends to the Bureau of Prisons ("BOP") that Lisa Marie Cano serve her sentence at either FCI Victorville Medium II or the adjacent satellite camp, FCI Dublin or the adjacent satellite camp, FCI Phoenix or the adjacent satellite camp, or FCI Tucson.

DATED: October 19, 2020

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

CLERK, U.S. DISTRICT COURT

By: _____
Maynor Galvez / Noe U. Ponce
Courtroom Deputy Clerks

